No. A–847 (75–1365). WHEELER v. FLORIDA. Dist. Ct. App. Fla., 4th Dist. Application for stay of mandate and of proceedings in Florida state courts, presented to MR. JUSTICE MARSHALL, and by him referred to the Court, denied.

No. A–945. MULLENAX v. UNITED STATES. Application for recall and stay of mandate of the United States Court of Appeals for the Second Circuit, presented to MR. JUSTICE BRENNAN, and by him referred to the Court, denied.

No. D–58. IN RE DISBARMENT OF TARBOX. It having been reported to the Court that Robert Earl Tarbox, of San Francisco, Cal., has been disbarred from the practice of law by the Supreme Court of California, and this Court by order of October 14, 1975 [423 U. S. 888], having suspended the said Robert Earl Tarbox from the practice of law in this Court and directed that a rule issue requiring him to show cause why he should not be disbarred;

It is ordered that the said Robert Earl Tarbox be, and he is hereby, disbarred from the practice of law in this Court and that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court.

No. 75–915. BOUNDS, CORRECTION COMMISSIONER, ET AL. v. SMITH ET AL. C. A. 4th Cir. [Certiorari granted, *ante,* p. 910.] Motion for appointment of counsel granted, and it is ordered that Barry Nakell, Esquire, of Chapel Hill, N. C., is appointed to serve as counsel for respondents in this case.